# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**COURT MINUTES**
BEFORE: Dulce J. Foster
U.S. Magistrate Judge

Jeanette Dubanoski,

    Plaintiff,

v.

Wells Fargo Bank, N.A.,

    Defendant.

| | |
|---|---|
| Case No: | 23-cv-3606 (NEB/DJF) |
| Date: | 1/6/25 |
| Venue: | Zoom |
| Court Reporter: | Nancy Meyer |
| Time Commenced: | 10:00 AM |
| Time Concluded: | 10:45 AM |
| Time in Court: | 45 Minutes |

**APPEARANCES:**

    Plaintiff's Counsel:   Pamela Johnson

    Defendant's Counsel: Sara Lewenstein

**PROCEEDINGS:** The parties presented oral argument regarding Plaintiff's Motion to Compel Discovery (ECF No. [17]).

    For the reasons stated on the record and summarized below, the Court **GRANTED IN PART** and **DENIED IN PART** Plaintiff's Motion to Compel Discovery (ECF No. [17]). On or before **February 6, 2025**, Defendants must respond to Plaintiffs' requests for discovery, modified as follows:

- **Plaintiff's Interrogatory No. 10:** Defendant must identify any and all individuals involuntarily terminated from any director-level or higher position within Defendant's organization from March 24, 2021, through March 24, 2024, in which Suzanne DeWitt, Shelly Hanson, and/or any of Plaintiff's previous supervisors during the timeframe of March 25, 2021 through March 24, 2024, had involvement in the termination decision. For each individual state:
      a. the individual's first, middle, and last name;
      b. the individual's date of birth and gender;
      c. dates of employment;
      d. the identity of any individual who assumed any of the job duties of terminated leader, date on which the individual replaced terminated leader;
      e. whether the terminated employee was ever coached, reprimanded, or disciplined for employment conduct or performance, and if so, date(s) identified; and
      f. the specific reason for separation from Defendant, if applicable.

- **Plaintiff's Request No. 5:** Defendant must produce any and all documents related to any investigation conducted into any allegations, claims, or complaints, whether formal or informal, of any employee within Defendant's organization with Plaintiff's job title who acted contrary to Wells Fargo's Workplace Conduct Policy, Code of Ethics and Business Conduct Policy, and the Expectations document, from March 24, 2021, through March 24, 2024, in which Suzanne DeWitt, Shelly Hanson, and/or any of Plaintiff's previous supervisors during the timeframe of March 25, 2021 through March 24, 2024, had involvement in the investigation.

- Plaintiff's motion is **DENIED** in all other respects.

☐ ORDER TO BE ISSUED   ☒ **NO ORDER TO BE ISSUED**   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

*s/Anna E Jenks*
Law Clerk